NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EARL MARTIN,**

*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2020-2343

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 17-2530, Judge Coral Wong Pietsch.

---

**ON MOTION**

---

## O R D E R

Upon consideration of Earl Martin's unopposed motion to voluntarily dismiss this appeal and the parties' responses to the court's May 10, 2022, order,

IT IS ORDERED THAT:

(1) The motion is granted to the extent that the appeal is withdrawn.

2                                                    MARTIN v. MCDONOUGH

(2)  Each side to bear its own costs.

FOR THE COURT

May 20, 2022                              /s/ Peter R. Marksteiner
     Date                                 Peter R. Marksteiner
                                          Clerk of Court

ISSUED AS A MANDATE: May 20, 2022

cc:  United States Court of Appeals for Veterans Claims